IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02329-BNB

TONY BAXTER (RICHIE A. HILL),

   Plaintiff,

v.

LT. SAMPLES (USP MARION),
LT. HUGHES (USP MARION),
LT. LOCKRIDGE (USP MARION),
LT. MANLY (ADX),
S/OFFICERS HUMPRIES (ADX),
JEFF JOHNSON (ADX), and
K. KING, S/Officer (ADX),

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff initiated this action by filing *pro se* a Prisoner Complaint. On December 12, 2007, Magistrate Judge Boyd N. Boland ordered Plaintiff to file an amended complaint that clarifies who is being sued and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Plaintiff was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Plaintiff has failed within the time allowed to file an amended complaint and he has failed to respond to Magistrate Judge Boland's December 12 order in any way. Therefore, the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02329-BNB

Tony Baxter (Richie A. Hill)
Reg. No. 20689-018
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk